**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 714 MAL 2014
: 
Respondent : 
: 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. : 
: 
: 
: 
TRENT MAURICE TRAMMELL, : 
: 
Petitioner : 


## ORDER


**PER CURIAM**

    **AND NOW**, this 8th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.